UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>Plaintiff,<br><br>v.<br><br>EIGHTH JUDICIAL DIST. COURT., *ET AL.,*<br><br>Defendants. | Case No.: 3:18-CV-00071-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 9) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 9) entered on September 25, 2018, in which the Magistrate Judge recommends the Court dismisses the amended complaint without prejudice and without leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 9).

///

///

///

1

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND.

IT IS FURTHER ORDERED that all pending motions are denied as moot. The Clerk of the Court shall close this case.

IT IS HEREBY ORDERED this 9th day of November, 2018.

_____
ROBERT C. JONES